<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6677**

———————

JOSEPH JOHNSON, JR.,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge. (CA-00-234-3)

———————

Submitted:  November 30, 2000      Decided:  December 6, 2000

———————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Joseph Johnson, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Johnson, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Johnson v. Angelone, No. CA-00-234-3 (E.D. Va. Apr. 13, 2000).  We grant Johnson's motions to proceed in forma pauperis.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2